

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00698-CV

Alfred **JONES**,
Appellant

v.

Mae Dell **WARNER**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV08129
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MASSEY BRISSETTE

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against appellant.

SIGNED November 20, 2024.

_____
Lori I. Valenzuela, Justice